**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JOSE F. VALENCIA,**

    **Plaintiff,**

**v.**                                           **No. 12cv0137 JCH/LAM**

**CITY OF SANTA FE, SANTA FE POLICE
DEPARTMENT, GERALD SOLANO,
ERIC B. JOHNSON, ARIC WHEELER,
GERALD RIVERA, STEPHEN RYAN, and
JOHN DOES I-X, both in their official
capacities and as Individuals,**

    **Defendants.**

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION TO QUASH DEPOSITION

**THIS MATTER** is before the Court Plaintiff's *Motion to Quash Deposition of Daniel Ramirez (Doc. 59)*, filed October 31, 2012. Because the motion is in regards to a deposition scheduled for November 14, 2012, which is prior to when a response to the motion is due under the Court's rules, the Court has determined that expedited briefing and a hearing should be set on the motion, pursuant to D.N.M. LR-Civ. 7.4(c).

**IT IS THEREFORE ORDERED** that Defendants shall file and serve their response to the motion on or before **Wednesday, November 7, 2012**, and Plaintiff may file a reply on or before **Friday, November 9, 2012, at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the Court will hold a telephonic hearing on the motion on **Friday, November 9, 2012, at 1:45 p.m.** (**Trailing Docket**). Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her secretary, Cathy Alvarez by

-2-

11:00 a.m. the day before the hearing if counsel will be at a telephone number other than the one listed in the Court's file.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**