UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JOSE F. VALENCIA,
       Plaintiff,

v.                                      1:12-cv-00137-JCH/LAM

CITY OF SANTA FE, SANTA FE POLICE
DEPARTMENT, GERALD SOLANO,
ERIC B. JOHNSON, ARIC WHEELER,
GERALD RIVERA, STEPHEN RYAN, and
JOHN DOES I-X, both in their official
capacities and as Individuals,
       Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE

**THIS MATTER** is before the Court on Plaintiff's counsel's unopposed *Motion for Withdrawal of Appearance (Doc. 140)*, filed September 18, 2013. The presiding judge has asked the undersigned to rule on this motion. Having considered the motion, having noted that Plaintiff has requested in writing that his counsel withdraw their representation in this matter and that Plaintiff intends to proceed *pro se* in this matter, and being advised that opposing counsel does not oppose the motion, the Court **FINDS** that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that counsel of record for Plaintiff, Charles N. Lakins, Esq. and Alvin R. Garcia, Esq., are hereby withdrawn from representation of Plaintiff in this matter. Plaintiff Jose F. Valencia is deemed *pro se* in this matter. The withdrawal of counsel will not constitute grounds for a delay in the proceedings of this matter, nor will the withdrawal of counsel prohibit the parties from filing appropriate pleadings in this case in accordance with the Federal Rules of Civil Procedure.

1

In accordance with D.N.M.LR-Civ. 7.2, all counsel of record have approved this Order. The Lakins Law Firm shall ensure timely service of this Order upon Plaintiff Jose F. Valencia at his current address of:

>P.O. Box 441
>Glorieta, NM 87535

**IT IS FURTHER ORDERED** that the Clerk modify the docket to show that Plaintiff is now proceeding *pro se* in this case, and enter Plaintiff's contact information on the Court's docket.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by: *(Prior to the Court's modifications)*

_____
LAKINS LAW FIRM, P.C.
Charles N. Lakins, Esq.
P.O. Box 91357
Albuquerque, New Mexico 87199
(505) 404-9377
Co-counsel for Plaintiff


Approved by:

Approved telephonically 9/18/2013
_____
Alvin R. Garcia, Esq.
Co-counsel for Plaintiff

2

Approved via e-mail 9/18/2013

_____
Luis Robles, Esq.
Counsel for Defendant Officers

Approved telephonically 9/18/2013

_____
James Sullivan, Esq.
Counsel for City Defendants